UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BOFA SECURITIES, INC., et al., <br><br> Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1900 (JSR) |

```
┌─────────────────────────────────────┐
│ LINCOLNSHIRE POLICE PENSION         │
│ FUND,                               │
│                                     │      19-cv-2045 (JSR)
│            Plaintiff,               │
│                                     │
│       -against-                     │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│            Defendants.              │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ JOSEPH M. TORSELLA,                 │
│                                     │
│            Plaintiff,               │      19-cv-2438 (JSR)
│                                     │
│       -against-                     │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│            Defendants.              │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ INTERNATIONAL ASSOCIATION OF        │
│ HEAT AND FROST INSULATORS AND       │
│ ALLIED WORKERS LOCAL NO. 14         │      19-cv-2661 (JSR)
│ PENSION AND HEALTH AND WELFARE      │
│ FUNDS,                              │
│                                     │
│            Plaintiff,               │
│                                     │
│       -against-                     │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│            Defendants.              │
└─────────────────────────────────────┘
```

```
┌─────────────────────────────────────┐
│ DALLAS AREA RAPID TRANSIT           │
│ EMPLOYEES' DEFINED BENEFIT          │
│ RETIREMENT PLAN AND TRUST, et       │     19-cv-2715 (JSR)
│ al.,                                │
│                                     │
│         Plaintiffs,                 │
│                                     │
│    -against-                        │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ UFCW LOCAL 1776 AND                 │
│ PARTICIPATING EMPLOYERS             │
│ PENSION FUND,                       │     19-cv-2755 (JSR)
│                                     │
│         Plaintiff,                  │
│                                     │
│    -against-                        │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ MAYOR AND CITY COUNCIL OF           │
│ BALTIMORE,                          │
│                                     │     19-cv-2900 (JSR)
│         Plaintiff,                  │
│                                     │
│    -against-                        │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│                                     │
│                                     │     19-cv-1704 (JSR)
│ IN RE GSE BONDS ANTITRUST           │
│ LITIGATION                          │     ORDER
│                                     │
│                                     │
└─────────────────────────────────────┘
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to this Court's approval of the distribution of the net settlement fund, <u>see</u> ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

    SO ORDERED.

Dated:   New York, NY  
          March 2, 2022

                                          JED S. RAKOFF, U.S.D.J.